# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

**Individually, Nathaniel Ryan Houx, and
his wife, Shawn Duncan Houx, and B.H, a minor, b/n/f, Nathaniel Ryan Houx,**

    **PLAINTIFFS**

    **v.**                                            **Case No. _____**

**Nassar Isam Mansour and SK-MK, Inc.,**

    **DEFENDANTS**

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION:

    COME NOW Defendants, Nassar Isam Mansour and SK-MK, Inc. ("Defendants"), by and through the undersigned counsel, and respectfully aver that:

    1.    On September 14, 2020, Plaintiffs Individually, Nathaniel Ryan Houx, and his wife, Shawn Duncan Houx, and B.H., a minor, b/n/f, Nathaniel Ryan Houx, ("Plaintiffs") commenced a civil action against Defendants in the Circuit Court of Williamson County, Tennessee, styled *Individually, Nathaniel Ryan Houx, and his wife, Shawn Duncan Houx, and B.H., a minor, b/n/f, Nathaniel Ryan Houx v. Nassar Isam Mansour and SK-MK, Inc.*, Case No. 2020-439. The Summons and Complaint are attached hereto as **Exhibit A**.

    2.    Defendants were served through waiver of process and received a copy of the Complaint on February 10, 2021. *See generally* **Exhibit A**.

1

3. According to the Complaint, this lawsuit arises from an automobile accident which occurred on October 12, 2019, in Williamson County, Tennessee ("the Accident"). *See generally* **Exhibit A**.

4. In their Complaint, Plaintiff Nathaniel R. Houx prays "for a money judgment against the Defendants in the amount of Twenty-Five Thousand Dollars ($25,000.00)." *See generally* **Exhibit A**.

5. In their Complaint, Plaintiff Shawn Duncan Houx prays "for a money judgment against the Defendants in the amount of One Hundred Thousand Dollars ($100,000.00)." *See generally* **Exhibit A**.

6. In their Complaint, Plaintiff B.H., a minor, prays "for a money judgment against the Defendants in the amount of Twenty-Five Thousand Dollars ($25,000.00)." *See generally* **Exhibit A**.

7. At all times material hereto, Plaintiffs were and are residents of the State of Tennessee.

8. At all times material hereto, Defendant Nassar I. Mansour was and is a resident of the State of Michigan.

9. At all times material hereto, Defendant SK-MK, Inc. was and is a Michigan corporation with its principal place of business in Clinton Township, Michigan.

10. The Complaint is a civil action over which this Court has jurisdiction under the provisions of 28 U.S.C. § 1332, in that complete diversity of citizenship exists between Plaintiffs and Defendants and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

11. The Complaint is removable pursuant to 28 U.S.C. § 1441.

12. Notice of Removal has been timely served on the Circuit Court of Williamson County, Tennessee and Plaintiff. A copy of such Notice of Filing of Removal is attached hereto as **Exhibit B**.

WHEREFORE, Defendants, Nassar Isam Mansour and SK-MK, Inc., pray that the above-captioned lawsuit, now pending in the Circuit Court of Williamson County, Tennessee, be removed to this Honorable Court pursuant to 28 U.S.C. § 1446.

Respectfully submitted,

/s Earl W. Houston, II
Earl W. Houston, II, Esq. (TN Bar #024508)
MARTIN, TATE, MORROW & MARSTON, P.C.
6410 Poplar Ave., Tower II, Suite 1000
Memphis, TN 38119-4839
(901) 522-9000 (Phone)
(901) 527-3746 (Fax)
ehouston@martintate.com

*Attorney for Defendants Nassar Isam Mansour and SK-MK, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 12, 2021, a true and correct copy of the foregoing was served via the Court's electronic mail system to:

Blair Durham (TN BPR No. 021453)
Aaron Woodard (TN BPR No. 24807)
Bart Durham Injury Law
404 James Robertson Parkway
1712 Parkway Towers
Nashville, TN 37219

*Attorneys for Plaintiffs*

/s Earl W. Houston, II
Earl W. Houston, II