# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

**Individually, Nathaniel Ryan Houx, and
his wife, Shawn Duncan Houx, and
B.H, a minor, b/n/f, Nathaniel Ryan Houx,**

    PLAINTIFFS

v.                                                                                Case No. 3:21-cv-00207
                                                                              Judge Aleta A. Trauger
                                                                              **JURY DEMAND**

**Nassar Isam Mansour and SK-MK, Inc.,**

    DEFENDANTS.

## JOINT MOTION FOR JUDICIAL SETTLEMENT CONFERENCE

       COME NOW, Plaintiffs Nathanial Ryan Houx, Shawn Duncan Houx, and B.H., a minor ("Plaintiffs") and Defendants Nassar Isam Mansour and SK-MK, Inc. ("Defendants") (collectively, the "Parties"), pursuant to this Court's Case Management Order and Local Rules 16.02 and 16.04, and make this Joint Motion for Judicial Settlement Conference to take place within 30 to 60 days, if possible. A Judicial Settlement Conference will assist the parties with resolving this matter without incurring the significant expense of additional discovery, experts and trial. In support of their Joint Motion, the Parties rely on their contemporaneously filed Memorandum.

       WHEREFORE, the Parties respectfully request that the Court order that this matter be set for Judicial Settlement Conference to take place within the next 30 to 60 days, if possible.

Respectfully submitted:

*/s/ Earl W. Houston, II*
Earl W. Houston, II (#24508)
Martin, Tate, Morrow & Marston, P.C.
6410 Poplar Avenue, Tower II, Ste. 1000
Memphis, TN  38119
Telephone: (901) 522-9000
Facsimile:  (901)527-3746
Email: ehouston@martintate.com

*Attorneys for Defendants Nassar Isam Mansour and SK-MK, Inc.*


*/s/ Patrick D. Witherington*
Patrick D. Witherington (#22348)
Witherington Law, PLLC
300 James Robertson Parkway, Ste. 200
Nashville, TN  37201
Telephone: (615) 679-4256
Facsimile:
Email:  patrick@wlawfirm.com

*Attorneys for Plaintiffs Nathanial Ryan Houx and B.H., a minor by next friend Nathanial Ryan Houx*

*/s/ Allen Smith, III*
Allen Smith, III (#14206)
LineDrive Legal
528 Robards Circle
Old Hickory, TN  37138
Telephone: (615) 855-7337
Facsimile:  (615) 634-2533
Email:  aas3rd@gmail.com

*Attorneys for Plaintiff Shawn Duncan Houx*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Joint Motion for Judicial Settlement Conference has been electronically served on Plaintiffs Counsel via CM/ECF on May 13, 2022.

                                      */s/ Earl W. Houston, II*
                                      Earl W. Houston, II