# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

**Individually, Nathaniel Ryan Houx, and
his wife, Shawn Duncan Houx, and
B.H, a minor, b/n/f, Nathaniel Ryan Houx,**

    PLAINTIFFS

v.                                        Case No. 3:21-cv-00207
                                                  Judge Aleta A. Trauger
                                                  **JURY DEMAND**

**Nassar Isam Mansour and SK-MK, Inc.,**

    DEFENDANTS.

## JOINT STIPULATION OF DISMISSAL

COME NOW, the Defendants, Nassar Isam Mansour and SK-MK, Inc., and Plaintiffs, Nathaniel Ryan Houx and Shawn Duncan Houx, by and through their respective undersigned counsel, and pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal with prejudice of the above-captioned action and all claims and counterclaims asserted therein.

                                                         Respectfully submitted,

                                                         */s/ Earl Houston*
                                                         Earl W. Houston, II (#24508)
                                                         Martin, Tate, Morrow & Marston, P.C.
                                                         6410 Poplar Avenue, Tower II, Ste. 1000
                                                         Memphis, TN 38119
                                                         Telephone: (901) 522-9000
                                                         Facsimile: (901)527-3746
                                                         Email: ehouston@martintate.com
                                                         *Attorney for Defendants*

/s/ Patrick Witherington
Patrick D. Witherington (#22348)
Witherington Law, PLLC
PO Box 290005
Nashville, TN 37229
Telephone: (615) 679-4256
Facsimile: (888) 864-1882
Email: patrick@wlawfirm.com
*Attorney for Plaintiff Nathaniel Houx*

/s/ Allen Smith
A. Allen Smith, III (#14206)
LineDrive Legal
528 Robards Circle
Old Hickory, TN 37138
Telephone: (615) 855-7337
Facsimile: (615) 634-2533
Email: aas3rd@gmail.com
*Attorney for Plaintiff Shawn Duncan Houx*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2024, I served the foregoing **Joint Stipulation of Dismissal** on the below-referenced parties by electronic filing with the Court's ECF system.

| | |
|---|---|
| Earl W. Houston, II | A. Allen Smith, III (#14206) |
| Martin, Tate, Morrow & Marston, P.C. | LineDrive Legal |
| 6410 Poplar Avenue, Tower II, Ste. 1000 | 528 Robards Circle |
| Memphis, TN 38119 | Old Hickory, TN 37138 |
| ehouston@martintate.com | aas3rd@gmail.com |
| *Attorney for Defendants* | *Attorney for Plaintiff Shawn Duncan Houx* |

/s/ Patrick Witherington